IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA BRACEWELL, ) | |
| AIS #130672, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-269-ID |
| ) | [WO] |
| ) | |
| FRANK ALBRIGHT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 3, 2011, the Magistrate Judge issued a Recommendation (Doc. No. 9) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation is ADOPTED;

2. Plaintiff's motion to dismiss (Doc. 8) is GRANTED;

3. This case is dismissed without prejudice.

DONE this 31st day of May, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE